IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                          Case No.

PEYMON MOTTAHEDEH and
APRIL L. MOTTAHEDEH (a/k/a/ APRIL L.
BEATTY),

    Defendants.

_____/

## NOTICE OF RELATED ACTIONS

In accordance with Local Rule 1.07(c), I certify that the instant action:

__X__ IS related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

- *Mottahedeh, et ux. v. Comm'r*, Case No. 22039-11 (December 29, 2014);
- *April Mottahedeh v. Comm'r*, Case No. 19-714102023, WL 3020505 (9th Cir. April 20, 2023); and
- *Peymon Mottahedeh v. Comm'r*, Case No. 19-71432, 2023 WL 3020500 (9th Cir. April 20, 2023).

____ IS NOT related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

Dated: July 3, 2025

Respectfully submitted,

*/s/ Daniel B. Causey, IV*
Daniel B. Causey, IV
D.C. Bar No. 240963
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 14198
Washington, D.C.  20044
202-307-1427 (v)
202-514-4963 (f)
Daniel.B.Causey@usdoj.gov

*Of Counsel:*
Gregory W. Kehoe
United States Attorney
Middle District of Florida