IN THE UNITED STATES DISTRIC COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                  Case No. 8:25-cv-1728 -JLB-NHA

PEYMON MOTTAHEDEH and
APRIL L. MOTTAHEDEH (a/k/a/
APRIL L. BEATTY),

    Defendants.
_____/

## MOTION TO STAY DEADLINES IN LIGHT OF
## LAPSE OF APPROPRIATIONS

The United States of America hereby moves for a stay of the date to serve the Defendants in the above-captioned case.

1. At the end of the day on September 30, 2025, the appropriations act that had been funding the Department of Justice expired and those appropriations to the Department lapsed. The Department does not know when such funding will be restored by Congress.

2. Absent an appropriation, Department of Justice attorneys are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

3.     Undersigned counsel for the Department of Justice therefore requests a stay of the deadline to serve the Defendants in this action.

4.     The United States filed the Complaint on July 3. Since that time, the United States has attempted to serve the Defendants, who have been nonresponsive. The United States sent a notice of lawsuit and request to waive service of process, along with a copy of the Complaint and Summonses to the Defendant's home address, as well as their P.O. Box, work address, and email address. To date, the Defendants have not responded. The United States also contracted a process server, who has made eight separate attempts to serve the Defendants at their home address. Although the process server noted that cars were in the driveway and the lights appeared on, the Defendants did not answer him on any of his attempts to serve them.

5.     If the Defendants have still not responded upon the restoration of funding, Counsel for the United States will file a motion to further extend the time period for service or to allow service by an alternative method.

6.     If this motion for a stay is granted, undersigned counsel will notify the Court as soon as Congress has appropriated funds for the Department.  The Government requests that, at that point, all current deadlines for the parties be extended commensurate with the duration of the lapse in appropriations – i.e.,

each deadline would be extended by the total number of days of the lapse in appropriations.

Therefore, although we greatly regret any disruption caused to the Court, the Government hereby moves for a stay of the deadline to serve the Defendants in this case until Department of Justice attorneys are permitted to resume their usual civil litigation functions.

Dated: October 10, 2025   Respectfully submitted,

*/s/ Daniel B. Causey, IV*
Daniel B. Causey, IV
D.C. Bar No. 240963
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 14198
Washington, D.C.  20044
202-307-1427 (v)
202-514-4963 (f)
Daniel.B.Causey@usdoj.gov
**LEAD COUNSEL**

*Of Counsel:*
Gregory W. Kehoe
United States Attorney
Middle District of Florida