IN THE UNITED STATES DISTRIC COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA,

     Plaintiff,

v.                             Case No. 8:25-cv-1728 -JLB-NHA

PEYMON MOTTAHEDEH and
APRIL L. MOTTAHEDEH (a/k/a/
APRIL L. BEATTY),

     Defendants.

_____/

**STATUS REPORT AND MOTION TO REOPEN CASE AND EXTEND
DEADLINE TO EFFECT SERVICE OF PROCESS**

     Pursuant to the Court's October 14, Order, the United States files this status report to advise the Court that the government shutdown has been resolved and no longer impacts this case. Accordingly, the United States requests that the Court reopen this case an allow it until December 31, 2025 to effect service of process on the Defendants. Good cause for this motion is as follows:

     1.     At the end of the day on September 30, 2025, the appropriations act that had been funding the Department of Justice expired and those appropriations to the Department lapsed. Counsel for the United States was prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the

protection of property." 31 U.S.C. § 1342. Funding was restored on November 12, 2025, and counsel returned to work on November 13, 2025.

2.    Because the government shutdown no longer restricts counsel's ability to work on this case, the United States requests that the Court reopen this case and allow litigation to proceed.

3.    In addition, the United States requests that the Court extend the deadline for service of process until December 31, 2025.

4.    The United States filed the Complaint on July 3. Since that time, the United States has attempted to serve the Defendants, who have been nonresponsive. The United States sent a notice of lawsuit and request to waive service of process, along with a copy of the Complaint and Summonses to the Defendant's home address, as well as their P.O. Box, work address, and email address. To date, the Defendants have not responded. The United States also contracted a process server, who has made eight separate attempts to serve the Defendants at their home address. Although the process server noted that cars were in the driveway and the lights appeared on, the Defendants did not answer his attempts to contact them.

5.    As alleged in the Complaint, the Defendants are tax defiers with a history of being involved in frivolous tax avoidance schemes, and also promote those schemes to others through their business, the Freedom Law School.

6.      During the additional time, the United States will continue to attempt to serve the Defendants, and, if necessary, request the assistance of the United States Marshal Service and local sheriff to effect service.

Therefore, the United States requests that the Court reopen the case and set the deadline for the United States to serve the Defendants to be December 31, 2025.

Dated: November 13, 2025              Respectfully submitted,


*/s/ Daniel B. Causey, IV*
Daniel B. Causey, IV
D.C. Bar No. 240963
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 14198
Washington, D.C.  20044
202-307-1427 (v)
202-514-4963 (f)
Daniel.B.Causey@usdoj.gov
**LEAD COUNSEL**

*Of Counsel:*
Gregory W. Kehoe
United States Attorney
Middle District of Florida