IN THE UNITED STATES DISTRIC COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                            Case No. 8:25-cv-1728 -JLB-NHA

PEYMON MOTTAHEDEH and
APRIL L. MOTTAHEDEH (a/k/a/
APRIL L. BEATTY),

    Defendants.
_____/

**MOTION TO EXTEND
DEADLINE TO EFFECT SERVICE OF PROCESS**

Since the Court's November 14 Order, the United States has diligently continued to attempt service of process on the Defendants, but the Defendants have continued to not respond to the United States' attempts. Accordingly, the United States requests that the Court reopen this case an allow it an additional 28 days (until January 28, 2026) to effect service of process on the Defendants. Good cause for this motion is as follows:

    1.    As alleged in the Complaint, the Defendants are tax defiers with a history of participating in frivolous tax avoidance schemes who also promote those schemes to others through their business, the Freedom Law School.

2. In its Motion to Reopen Case and Extend Time to Effect Service of Process filed on November 13, the United States detailed its attempts to serve the Defendants.

3. Following that motion, the United States retained a new process server to attempt service. The process server made four attempts to serve the Defendants at their residence, but was unable to gain access to their property because the property is enclosed by a gate. The process server noted multiple cars parked on the property. The process server honked, but no one answered. The process server noted several packages at the gate addressed to the Defendants on his second attempt, and left his card. When he returned for his next attempt, the packages and his card were gone. The process server left his card on his two subsequent visits, but the Defendants did not contact him.

4. The United States retained another process server to conduct a stakeout at the Defendants' residence on December 19. One car drove onto the property, but did not stop when the process server attempted to flag the driver down. The driver matched the description of Defendant April Mottahedeh. At the conclusion of the stakeout, the process server left her card, as well as two packages containing the Complaint and Summonses issued to the Defendants.

5.      The United States is coordinating with the United States Marshal Service to assist in effecting service. A Marshal has agreed to assist with service attempts, but cannot do so until January due to holiday leave schedules.

Therefore, the United States requests that the Court extend the time for it to serve the Defendants by 28 days, until January 28, 2025.

Dated: December 23, 2025          Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

JOSHUA WU
Deputy Assistant Attorney General,
Tax Litigation Branch

*/s/ Daniel B. Causey, IV*
DANIEL B. CAUSEY, IV
SC Bar No. 104035
Trial Attorney, Tax Litigation Branch
Civil Division, Department of Justice
P.O. Box 14198
Washington, D.C. 20044
202-307-1427 (v)
202-514-4963 (f)
Daniel.B.Causey@usdoj.gov

*Of Counsel:*
Gregory W. Kehoe
United States Attorney
Middle District of Florida