| | |
|---|---|
| From: | S&W Process Service |
| To: | Causey, Daniel B. (TAX) |
| Cc: | SWTAMPASERVE (Vendor) |
| Subject: | [EXTERNAL] Status on 368444, 8:25-cv-1728 -JLB-NHA (Peymon Mottahedeh) |
| Date: | Tuesday, December 9, 2025 2:07:22 PM |

This is an automated status email:
From: S & W Process Service
To: UNITED STATES DEPARTMENT OF JUSTICE
Job # 368444
Serve To: **Peymon Mottahedeh**
Case Info:
Court: UNITED STATES DISTRICT COURT
Court Case # **8:25-cv-1728 -JLB-NHA**

Re: PLAINTIFF
United States of America
-Versus-
Re: DEFENDANT
Peymon Mottahedeh; April Mottahedeh

Documents: SUMMONS IN A CIVIL ACTION; COMPLAINT; CIVIL COVER SHEET; CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT; NOTICE OF RELATED ACTIONS; NOTICE OF DESIGNATION OF LEAD COUNSEL; NOTICE, CONSENT, AND REFERENCE OF A CIVIL ACTION TO A MAGISTRATE JUDGE; CIVIL ACTION ORDER;

Latest Status:

Server Name: CURTIS GADOW
Attempt Date: Saturday, 12/06/2025 at 06:56 PM
Location: 6491 Boxwood Street, Brooksville, FL 34602
Lon: -82.28895 Lat:28.528208
Notes: I honked my horn and waited at the gate. There are packages at the gate addressed to the defendant. My card is still on the gate.

**Attempts exhausted. Please advise.**


Server Name: CURTIS GADOW
Attempt Date: Friday, 12/05/2025 at 06:50 PM
Location: 6491 Boxwood Street, Brooksville, FL 34602
Lon: -82.288903 Lat:28.528203
Notes: I honked my horn at the gate and waited. I left another card on the gate


Server Name: CURTIS GADOW
Attempt Date: Thursday, 12/04/2025 at 08:17 AM
Location: 6491 Boxwood Street, Brooksville, FL 34602
Lon: -82.288925 Lat:28.528243

Notes: I honked my horn and waited at the gate. There are 2 vehicles up at the house. The packages are gone. My card is gone

Server Name: CURTIS GADOW
Attempt Date: Tuesday, 12/02/2025 at 06:49 PM
Location: 6491 Boxwood Street, Brooksville, FL 34602
Lon: -82.288962 Lat:28.528197
Notes: I honked my horn and waited at the gate. My card is gone. There are 5 packages at the gate and all are addressed to the defendants, Peymon and April. I left another card on the gate.

Server Name: CURTIS GADOW
Attempt Date: Wednesday, 11/26/2025 at 09:15 AM
Location: 6491 Boxwood Street, Brooksville, FL 34602
Lon: -82.288913 Lat:28.528245
Notes: The property is gated. The house is a good distance from the gate. I can see a white truck up near the house and 2 sedans in the grass to the right of the gate. I am not able to clearly see any of the tags. I honked and waited at the gate.

---

\*\* We no longer mail original Returns of Services and Invoices. Copies can be found online via the client portal. If you have any questions or concerns, we encourage you to contact the office.\*\*

**Login to our client portal HERE to access detailed status, returns of services, invoices or to make a payment online.**

| | |
|---|---|
| From: | S&W Process Service |
| To: | Causey, Daniel B. (TAX) |
| Cc: | SWTAMPASERVE (Vendor) |
| Subject: | [EXTERNAL] Job Non-Served 368444, 8:25-cv-1728 -JLB-NHA (Peymon Mottahedeh) |
| Date: | Friday, December 19, 2025 5:01:23 PM |

This is an automated status email:
From: S & W Process Service
To: UNITED STATES DEPARTMENT OF JUSTICE
Job # 368444
Serve To: **Peymon Mottahedeh**
Case Info:
Court: UNITED STATES DISTRICT COURT
Court Case # **8:25-cv-1728 -JLB-NHA**


Re: PLAINTIFF
United States of America
-Versus-
Re: DEFENDANT
Peymon Mottahedeh; April Mottahedeh

Service Info:
Recipient was NON-SERVED on **12/18/2025** at **11:01 AM**
Type of Service: NON SERVICE

Documents: SUMMONS IN A CIVIL ACTION; COMPLAINT; CIVIL COVER SHEET; CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT; NOTICE OF RELATED ACTIONS; NOTICE OF DESIGNATION OF LEAD COUNSEL; NOTICE, CONSENT, AND REFERENCE OF A CIVIL ACTION TO A MAGISTRATE JUDGE; CIVIL ACTION ORDER;

Service Address: 6491 Boxwood Street Brooksville, FL 34602
Service Comments:
12/28/2025 7am-11am 6491 Boxwood Street, Brooksville, FL 34602: Gate was closed. I parked my vehicle on the right side facing the gate. No mail by the gate. "Smile you're on camera" sign on the right of the gate. White truck on the property. White vehicle with black top on the property. Looks like a mustang. Red Semi-truck on the right front of the property parked. Next to the semi-truck is a blue Toyota with a Texas license plate: JTR-4891. There are also Christmas lights on the top rim of the house. There is a volleyball net on the property. At 7:20 a.m., 3 dogs were seen on the property. One beige, one black and white and one beige and white. At 7:50 a.m. A Red/Burgundy Hummer H3 opened the gate and drove by.  No rolling down window.  Female driver with blonde curly hair.  Could not approach as the gate was automatic and car quickly drove in. 10:41 a.m. 2 horses appeared on the property galloping and stopped by the gate and started eating around the property. At 11:01 a.m. I left both packets on the gate, with my business card and a note as to why I was there.

12/28/2025 7am-11am 6491 Boxwood Street, Brooksville, FL 34602: Gate was closed. I parked my vehicle on the right side facing the gate. No mail by the gate. "Smile you're on camera" sign on the right of the gate. White truck on the property. White vehicle with black top on the property. Looks like a mustang. Red Semi-truck on the right front of the property

parked. Next to the semi-truck is a blue Toyota with a Texas license plate: JTR-4891. There are also Christmas lights on the top rim of the house. There is a volleyball net on the property. At 7:20 a.m., 3 dogs were seen on the property. One beige, one black and white and one beige and white. At 7:50 a.m. A Red/Burgundy Hummer H3 opened the gate and drove by. No rolling down window. Female driver with blonde curly hair. Could not approach as the gate was automatic and car quickly drove in. 10:41 a.m. 2 horses appeared on the property galloping and stopped by the gate and started eating around the property. At 11:01 a.m. I left both packets on the gate, with my business card and a note as to why I was there.

---

\*\* We no longer mail original Returns of Services and Invoices. Copies can be found online via the client portal. If you have any questions or concerns, we encourage you to contact the office.\*\*

**Login to our client portal [HERE](#) to access detailed status, returns of services, invoices or to make a payment online.**