**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
See *"Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States of America | 8:25-cv-1728-JBL-NHA |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Paymon Mottahedeh and April L. Mottahedeh (a/k/a/ April L. Beatty) | Summons & Complaint |

**SERVE AT** {

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Paymon Mottahedeh

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
6491 Boxwood Street Brooksville, FL 34602

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| Department of Justice, Civil Division; Tax Litigation Branch<br>1275 1st Street, N.E., Room 10234<br>Washington, DC 20002 | Number of process to be served with this Form 285 | 1 |
| | Number of parties to be served in this case | 5 |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

JAN 15 2026 PM 2:34
FILED - USDC - FLMD - TPA

| Signature of Attorney other Originator requesting service on behalf of: | [x] PLAINTIFF<br>[ ] DEFENDANT | TELEPHONE NUMBER<br>(202) 307-1427 | DATE<br>1/5/2026 |
|---|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1/2 | No. 18 | No. 18 | JEFFREY COBB Digitally signed by JEFFREY COBB Date: 2026.01.12 12:51:58 -05'00' | 1/5/2026 |

I hereby certify and return that I [x] have personally served , [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | Date | Time | |
|---|---|---|---|
| April L. Mottahedeh (a/k/a/ April L. Beatty) | 1/12/2026 | 11:35 | [x] am<br>[ ] pm |

| Address *(complete only different than shown above)* | Signature of U.S. Marshal or Deputy |
|---|---|
| | JEFFREY COBB Digitally signed by JEFFREY COBB Date: 2026.01.12 12:52:30 -05'00' |

*Costs shown on attached USMS Cost Sheet >>*

REMARKS

Regarding service on documents 1-2, 1-3, and 5.

Form USM-285
Rev. 03/21

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Paymon Mottahedeh
was received by me on *(date)*  1/5/26   .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*  April L. Mottahedeh  , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)*  1/12/26   ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $  ∅  for travel and $  ∅  for services, for a total of $  0.00   .

I declare under penalty of perjury that this information is true.

Date:  1/12/26

_____
Server's signature

Jeff R. Cobb, CTPVSM
Printed name and title

801 N. Florida Ave FL4 Tampa, FL 33602
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Paymon Mottahedeh

was received by me on *(date)*  1|5|26 .

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*  April L. Mottahedeh , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)*  1|12|26 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $  ∅  for travel and $  ∅  for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date:  1|12|26

_____
*Server's signature*

Jeff R. Cobb, CFLNSM
*Printed name and title*

801 N. Florida Ave FL4 Tampa, FL 33602
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Paymon Mottahedeh

was received by me on *(date)* 1/5/26 .

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* April L. Mottahedeh , who is
designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* 1/12/26 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ 0 for travel and $ 0 for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 1/12/26 _____
                                        Server's signature

                        Jeff R. Cobb, CJDHSM
                            Printed name and title

                        801 N. Florida Ave FL4 Tampa, FL 33602
                                        Server's address

Additional information regarding attempted service, etc: