IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.                                   Case No. 8:25-cv-1728-JLB-NHA

PEYMON MOTTAHEDEH and
APRIL MOTTAHEDEH (a/k/a/ APRIL L.
BEATTY),

Defendants.

_____/

## DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

The United States served defendants Peymon Mottahedeh and April Mottahedeh with a federal civil tax Complaint on January 12, 2026. The Mottahedehs, however, will be unable to file a meaningful response to that Complaint within their allotted 21 days.

The Mottahedehs therefore move the Court, under both Federal Rule of Civil Procedure 6(b) and this Court's Local Rule 3.01, for an order that extends their time in which to file their Complaint response. Specifically, they ask the Court to extend their Complaint response to, and including, March 13, 2026.

In support thereof, the Mottahedehs show the Court:

## MEMORANDUM OF LAW

1. The Federal Rules of Civil Procedure require the Mottahedehs to file their Complaint response on or before <u>February 2, 2026</u>.

2. The Mottahedehs, however, have good cause to seek this initial Complaint response time extension. In the main, they require more time to investigate the Complaint's numerous factual allegations. The great majority of those factual allegations detail purported events that the United States says occurred more than a decade ago. In addition, the Mottahedehs need more time to ascertain which affirmative defenses they have available to plead.

3. The Mottahedehs move the Court in good faith. They do not file this motion for any improper purpose, such as for delay.

4. The United States will not be prejudiced by this time-extension request. Indeed, as the accompanying Local Rule 3.10(g) Certificate shows, the United States does not oppose this motion.

Wherefore, Defendants Peymon Mottahedeh and April Mottahedeh request that the Court (1) grant this motion and (2) order their Complaint response time extended to, and including, <u>March 13, 2026</u>.

Respectfully submitted,

_____
Peymon Mottahedeh
Co-Defendant
P.O. Box 10599
Brooksville, FL 34603
760-964-5519
Peymon@freedomlawschool.org
Dated: January 31, 2026

_____
April L. Mottahedeh
Co-Defendant
P.O. Box 10599
Brooksville, FL 34603
760-964-5519
Peymon@freedomlawschool.org
Dated: January 31, 2026

3

## LOCAL RULE 3.01(g) CERTIFICATE

Under Local Rule 3.01(g), I hereby certify that I have conferred with counsel for the United States, Daniel B. Causey, IV, on January 28, 2026. The United States' counsel does not oppose the Defendants' request for an extension of 39 days more time.

*[signature]*
_____
Peymon Mottahedeh
Co-Defendant
P.O. Box 10599
Brooksville, FL 34603
760-964-5519
Peymon@freedomlawschool.org
Dated: January 31, 2026

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 31, 2026, I served a copy of the foregoing [Motion Title] on the United States of America's counsel of record by sending that Motion to him by United States Postal Service mail in a sealed pre-paid envelope properly addressed to:

> Daniel B. Causey IV
> Trial Attorney, Tax Division
> U.S. Department of Justice
> P.O. Box 14198
> Washington, D.C. 20044

Respectfully submitted,

_____
Peymon Mottahedeh
P.O. Box 10599
Brooksville, FL 34603
760-964-5519
Peymon@freedomlawschool.org
Dated: January 31, 2026