

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,
   Plaintiff,
v.

PEYMON MOTTAHEDEH and
APRIL MOTTAHEDEH (a/k/a/ APRIL L. BEATTY),
   Defendants.

Case No. 8:25-cv-1728-JLB-NHA

### DEFENDANTS' MOTION FOR PERMISSION TO FILE ELECTRONICALLY

**I. Precise Relief Requested**

As pro se litigants in this case, we, Peymon Mottahedeh and April L. Mottahedeh, respectfully request that this Court grant us e-filing access.

**II. Basis for the Request**

We hereby affirm that:
1. We have reviewed the court's Non-Attorney E-File Registration instructions.
2. We already have a PACER account.
3. We understand there will be PACER system fees.
4. We understand that once we register for e-filing, we will receive notices and documents only by e-mail in this case and not by regular mail.

**III. Legal Memorandum Supporting the Request**

The court has the legal power to grant this request.

Dated: MARCH 12, 2026

Respectfully submitted,

_____
Peymon Mottahedeh
Pro Se Defendant
P.O. Box 10599
Brooksville, FL 34603
760-964-5519
Peymon@freedomlawschool.org

_____
April L. Mottahedeh
Pro Se Defendant
P.O. Box 10599
Brooksville, FL 34603
760-964-5519
Peymon@freedomlawschool.org