## UNITED STATES DISTRICT COURT

### MIDDLE DISTRICT OF FLORIDA (TAMPA DIVISION)

**UNITED STATES OF AMERICA,**

    Plaintiff,

    v.                                              **Case No.: 8:25-cv-01160-TPB-NHA**

**PEYMON MOTTAHEDEH and**

**APRIL L. MOTTAHEDEH,**

    Defendants.

---

### JOINT DECLARATION OF PEYMON MOTTAHEDEH
### AND APRIL L. MOTTAHEDEH

1. We, Peymon Mottahedeh and April L. Mottahedeh, declare that we have not paid any taxes for years 2001-2006 as alleged in the Complaint because the IRS assessments are invalid.

2. The reason why the IRS could not serve the defendants in this case is because they never went to Peymon's place of business. In 2024, several IRS agents visited Peymon at his place of business, Freedom Law School, where Peymon works during daytime hours. So, the IRS was aware of Peymon's business address where the IRS could serve him any business workday. However, the process servers who tried to serve Defendants a copy of this lawsuit never even attempted to serve Peymon at Freedom Law School.

3. I, DEFENDANT Peymon Mottahedeh, declare that I was born into a Jewish family in Iran in 1962, where I lived until I came to America in 1977. My father told me that for merely being critical of the Shah of Iran, one could be kidnapped, jailed, tortured, and imprisoned summarily without a jury trial.

We declare under the penalty of perjury laws of the United States that the foregoing is true and correct.

Executed on: <u>March 24, 2026</u>

Peymon Mottahedeh
P.O. Box 10599
Brooksville, Florida 34603
Peymon@FreedomLawSchool.org
(760)964-5519

April Mottahedeh
P.O. Box 10599
Brooksville, Florida 34603
Peymon@FreedomLawSchool.org
(760)964-5519