IN THE UNITED STATES DISTRIC COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA,

     Plaintiff,

v.                                   Case No. 8:25-cv-1728 -JLB-NHA

PEYMON MOTTAHEDEH and
APRIL L. MOTTAHEDEH (a/k/a/
APRIL L. BEATTY),

     Defendants.

_____/

## UNITED STATES' MOTION FOR ENTRY OF CLERK'S DEFAULT

Pursuant to Fed. R. Civ. P. 55(a) and Local Rule 1.10 (M.D. Fla.), the United

States respectfully files this motion for entry of clerk's default against

Defendants Peymon and April Mottahedeh (collectively the "Defendants") for

failure to plead or otherwise defend as provided by the rules.

The United States filed its Complaint on July 3, 2025, seeking a judgment

against the Defendants for their separate outstanding federal income tax

liabilities for 2001 through 2006. Dkt. No. 1. The United States effected service on

the Defendants on January 12, 2026. Dkt. Nos. 17, 18. Both of the Defendants

were properly served in accordance with Fed. R. Civ. P. 4(e)(2)(B). Accordingly,

the Defendants' responses to the Complaint were due on February 2, 2026. *See*

Fed. R. Civ. P. 12(a)(1)(A)(ii). The Defendants requested an extension to file through March 13, 2026, which the Court granted. Dkt. Nos. 19, 20.

Instead of filing an answer or otherwise responsive pleading, the Defendants filed a frivolous Motion to Strike certain paragraphs from the United States' Complaint. Dkt. No. 21. The Court denied the Motion to Strike, and ordered the Defendants to answer the Complaint within seven days (by March 24, 2026). Dkt. No. 25. The Court noted that "**Failure to timely answer may result in their default.**" *Id*. at 7 (emphasis added). The Defendants objected to the Magistrate Judge's order, accusing the Magistrate Judge of having a "pro-government bias" and comparing the Complaint to "Hillary Clinton's slanderous campaign statements," among other grievances. Dkt. No. 26 at 2, 3. The Court overruled the Defendants' Objections to Magistrate's Denial of Defendants' Motion to Strike. Dkt. No. 28.

As of the date of this filing, neither of the Defendants have filed a responsive pleading as required by the Federal Rules of Civil Procedure. Accordingly, it is appropriate for the Clerk of Court to enter default against them. *See* Fed. R. Civ. P. 55(a) (authorizing the Clerk of Court to enter default against a party "against whom a judgment for affirmative relief is sought" when the party "has failed to plead or otherwise defend" as provided by the Federal

2

Rules of Civil Procedure). Because the Defendants have disregarded the Court's Order to file an answer, default is appropriate here.

    **WHEREFORE**, the United States requests that the Clerk of Court enter default against Defendants Peymon Mottahedeh and April Mottahedeh.

Dated: April 16, 2026

        Respectfully submitted,

        BRETT A. SHUMATE
        Assistant Attorney General

        JOSHUA WU
        Deputy Assistant Attorney General,
        Tax Litigation Branch

        ***/s/ Daniel B. Causey, IV***
        DANIEL B. CAUSEY, IV
        SC Bar No. 104035
        Trial Attorney, Civil Division
        Tax Litigation Branch
        U.S. Department of Justice
        P.O. Box 14198
        Washington, D.C. 20044
        202-307-1427 (v)
        202-514-4963 (f)
        Daniel.B.Causey@usdoj.gov

        *Of Counsel:*
        Gregory W. Kehoe
        United States Attorney
        Middle District of Florida

## <u>CERTIFICATE OF SERVICE</u>

I certify that I sent the above document to the Defendants by mail

and email on April 16, 2026to the following:

Peymon Mottahedeh
PO Box 10599
Brooksville, FL 34603
Peymon@FreedomLawSchool.org

April Mottahedeh
PO Box 10599
Brooksville, FL 34603
Peymon@FreedomLawSchool.org

/s/ Daniel B. Causey, IV
DANIEL B. CAUSEY, IV
SC Bar No. 104035
Trial Attorney, Tax Litigation Branch
Civil Division, Department of Justice

4