IN THE UNITED STATES DISTRIC COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

PEYMON MOTTAHEDEH and
APRIL L. MOTTAHEDEH (a/k/a/
APRIL L. BEATTY),

    Defendants.

_____/

Case No. 8:25-cv-1728 -JLB-NHA

## **DECLARATION OF TRIAL ATTORNEY DANIEL CAUSEY**

I, Daniel B. Causey, IV, pursuant to 28 U.S.C. § 1746, declare as follows:

1.     I am employed as a Trial Attorney by the United States Department of Justice, Civil Division. I am assigned to represent the United States in the above-captioned action.

2.     The United States brought this action on July 3, 2025, seeking a judgment against the Defendants for their separate outstanding federal income tax liabilities for 2001 through 2006. ECF No. 1.

3.     The United States effected service on the Defendants on January 12, 2026. Dkt. Nos. 17, 18.

4.     The Defendants are neither incompetent, infants, nor on active duty with any branch of the military. This statement is based on information

regarding Peymon Mottahedeh and April Mottahedeh contained in the Internal

Revenue Service administrative file and obtained from searches of the

Department of Defense Manpower Data Center Servicemembers Civil Relief

Act database. *See* Exs. A, B.

I declare under penalty of perjury that the foregoing is true and correct.


Date: April 16, 2026


*/s/ Daniel B. Causey, IV*
DANIEL B. CAUSEY, IV
Trial Attorney
US Department of Justice | Tax Division
Civil Trial Section, Southern Region
