

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CLERK, U. S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA FLORIDA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

PEYMON MOTTAHEDEH and

APRIL L. MOTTAHEDEH,

Defendants.

Case No. 8:25-cv-01728-JLB-NHA

## DECLARATION OF PEYMON MOTTAHEDEH AND APRIL L. MOTTAHEDEH REGARDING NON-RECEIPT OF MAGISTRATE'S ORDER (DOC. 25)

We, Peymon Mottahedeh and April L. Mottahedeh, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1. We are the named Defendants in the above-captioned civil action, proceeding *pro se*.

2. Because we were previously denied access to the Court's CM/ECF electronic filing system, our sole official method of receiving notice of Court filings and Orders is via the United States Postal Service (U.S. Mail) at our post office box address, P.O. Box 10599 in Brooksville, Florida 34603.

3.  We diligently check our physical mail receptacle on a daily basis.

4.  We declare that we **never received** the Magistrate Judge's Order (entered on the docket as Doc. 25) via U.S. Mail.

Executed on this 21st day of April, 2026, in Hernando County, Florida.

Peymon Mottahedeh
P.O. Box 10599
Brooksville, Florida 34603
Peymon@FreedomLawSchool.org
(760)964-5519

April Mottahedeh
P.O. Box 10599
Brooksville, Florida 34603
Peymon@FreedomLawSchool.org
(760)964-5519