MAY 28 2026

CLERK, U. S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                               Case No. 8:25-cv-01728-JLB-NHA

PEYMON MOTTAHEDEH and

APRIL L. MOTTAHEDEH,

    Defendants.

---

## DEFENDANT'S INITIAL DISCLOSURE PURSUANT TO RULE 26(A)(1) OF THE FEDERAL RULES OF CIVIL PROCEDURE

Defendants and counterclaimants hereby provide the initial disclosures per rule 26(a)(1) of the Federal Rules of Civil procedure.

1. Per Rule 26(1)(A)(i), listed below are the known names of each individual likely to have discoverable information. The subjects of this information are found in the respective location where the individual's name appears;

   a. Peymon Mottahedeh

   b. April Mottahedeh

   c. Internal Revenue Service

   d. Paul Von Ravensberg (IRS employee)

   e. Sue Gary (IRS employee)

   f. Dee Rodriguez (IRS employee)

   g. Jose Martinez (IRS employee)

h. Kirk Tambornini (IRS employee)

i. Atrium Hotel AKA George Chuang & Associates

j. John Black (IRS employee)

k. John Consoli (IRS employee)

l. Teresa Peck (IRS employee)

m. Sebastian Voth (IRS employee)

n. W. Robson IRS Employee ID Number: 0708166

o. Frank P. Nixon (IRS employee)

p. Marynell Steburg (IRS employee)

q. Christiane Thai (IRS employee)

r. Andrew Lorenz (IRS employee)

s. Gary Smedley (IRS employee)

2. Per Rule 26(1)(A)(ii):

a. A copy or description of by category and location- of all documents, electronically stored information, and tangible things, that the disclosing party has in its possession, custody, or control and may use to support its claims or defenses;

b. Freedom of information requests, IRS appeals office correspondence, USTC and federal district court filings and documents, correspondence between Peymon and April Mottahedeh and IRS employees, Freedom Law School website, contents now and going back as far as the 1990s.

3. Per Rule 26(1)(A)(iii):

a. None

4. Per Rule 26(1)(A)(iv):

a. None

Peymon Mottahedeh
P.O. Box 10599
Brooksville, Florida 34603
Peymon@FreedomLawSchool.org
(760)964-5519

April Mottahedeh
P.O. Box 10599
Brooksville, Florida 34603
Peymon@FreedomLawSchool.org
(760)964-5519

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 28th day of May, 2026, the original of the foregoing Defendant's Peymon and April L. Mottahedeh's Initial Disclosure Pursuant to Rule 26(A)(1) of the Federal Rules of Civil Procedure was physically delivered to the Clerk of the Court for filing.

I further certify that pursuant to Fed. R. Civ. P. 5(b)(2)(E) and the Middle District of Florida CM/ECF Administrative Procedures, upon the Clerk's docketing of this physical paper, the Court's CM/ECF system will automatically generate a Notice of Electronic Filing (NEF).

Because Plaintiffs counsel is a registered CM/ECF user, this NEF constitutes valid and instantaneous electronic service upon Plaintiff at the following address:

Daniel B. Causey
Trial Attorney, Civil Division
Tax Litigation Branch
U.S. Department of Justice
Email: Daniel.B.Causey@usdoj.gov

Peymon Mottahedeh