IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.                                                    Case No. 8:25-cv-1728-JLB-NHA

PEYMON MOTTAHEDEH and
APRIL MOTTAHEDEH (a/k/a APRIL L.
BEATTY),

Defendants.

_____/

**DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO MOTION TO DISMISS**

The United States on June 29, 2026, moved to dismiss the counterclaim of defendant Peymon Mottahedeh.  However, Defendant will be unable to file a meaningful response to that Motion to Dismiss within his allotted 21 days.

Defendant therefore moves the Court, under both Federal Rule of Civil Procedure 6(b) and this Court's Local Rule 3.01, for an order that extends his time to file his dispositive motion response.  Specifically, Defendant asks the Court to extend his response to the Motion to Dismiss to, and including, August 6, 2026.

In support thereof, Defendant shows the Court:

## MEMORANDUM OF LAW

1. Under the Federal Rules of Civil Procedure, a party generally has 21 days to respond to a motion. Because an additional 3 days are added for service under Fed. R. Civ. P. 6(d), Defendant has a total of 24 days. Calculating 24 days from the United States' June 29, 2026 motion requires Defendant to file his response on or before July 23, 2026.

2. However, Defendant has good cause to seek this initial dispositive motion response time extension. In the main, he requires more time to research the numerous court cases referred to by the United States' dispositive motion.

3. Defendant moves the Court in good faith. He does not file this motion for any improper purpose, such as for delay.

4. The United States will not be prejudiced by this time-extension request. Indeed, as the accompanying Local Rule 3.01(g) Certificate shows, the United States does not oppose this motion.

Wherefore, Defendant Peymon Mottahedeh requests that the Court: (1) grant this motion, and (2) order his time to respond to Plaintiff's Motion to Dismiss extended to, and including, <u>August 6, 2026</u>.

## LOCAL RULE 3.01(g) CERTIFICATE

Under Local Rule 3.01(g), I hereby certify that I have conferred with counsel for the United States, Daniel B. Causey, IV, on <u>July 15, 2026</u>. The United States'

2

counsel does <u>not</u> oppose the Defendant's request for an extension of 14 days more time.

Respectfully submitted,

Peymon Mottahedeh
Defendant
P.O. Box 10599
Brooksville, FL 34603
760-964-5519
Peymon@freedomlawschool.org
Dated: <u>July 17, 2026</u>

3

## CERTIFICATE OF SERVICE

I  HEREBY CERTIFY that on <u>July 17, 2026</u>, I served a copy of the foregoing

DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO

RESPOND TO MOTION TO DISMISS on the United States of America's counsel

of record by sending that Motion to him by United States Postal Service mail in a

sealed pre-paid envelope properly addressed to:

> Daniel B. Causey IV
> Trial Attorney, Civil Division
> Tax Litigation Branch
> U.S. Department of Justice
> P.O. Box 14198
> Washington, D.C. 20044

Signed,


Peymon Mottahedeh

4