IN THE UNITED STATES DISTRIC COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v. Case No. 8:25-cv-1728 -JLB-NHA

PEYMON MOTTAHEDEH and
APRIL L. MOTTAHEDEH (a/k/a/
APRIL L. BEATTY),

Defendants.
_______________________________________/

**MOTION TO WITHDRAW AND SUBSTITUTION OF COUNSEL FOR THE UNITED STATES OF AMERICA**

The United States hereby moves this Court for an Order permitting them to withdraw Daniel B. Causey, IV from further representation of the United States in the case, and to substitute Amanda J. Cornwell, Trial Attorney with the United States Department of Justice, Civil Division, Tax Litigation Branch as lead counsel for the United States. This request is being made as Mr. Causey is no longer an attorney with the Tax Litigation Branch. Mrs. Cornwell's contact information is below.

[*signature block on the following page*]

Dated: September 14, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

JOSHUA WU
Deputy Assistant Attorney General,
Tax Litigation Branch

*/s/ Amanda J. Cornwell*
AMANDA CORNWELL
Lead Counsel
MD Bar Member
Trial Attorney
Civil Division, Tax Litigation Branch
U.S. Department of Justice
Post Office Box 14198
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 514–8048
Facsimile: (202) 514–9868
Amanda.Cornwell@usdoj.gov

*Of Counsel:*
Gregory W. Kehoe
United States Attorney
Middle District of Florida

## CERTIFICATE OF COMPLIANCE

I certify that this motion was typed in 13-point Century Schoolbook font in compliance with this Court's local rules.

*/s/ Amanda J. Cornwelll*
AMANDA J. CORNWELLL
Trial Attorney
U.S. Department of Justice

## LOCAL RULE 3.01(g) CERTIFICATE OF CONFERRAL

Pursuant to Local Rule 3.01(g)(2), I certify that I conferred with the Plaintiffs, who indicated by email that they do not oppose to the substitution of counsel.

*/s/ Amanda J. Cornwelll*
AMANDA J. CORNWELLL
Trial Attorney
U.S. Department of Justice

## CERTIFICATE OF SERVICE

I certify that I sent the above document to the Defendants by mail and email on September 14, 2026 to the following:

Peymon Mottahedeh
PO Box 10599
Brooksville, FL 34603
Peymon@FreedomLawSchool.org

April Mottahedeh
PO Box 10599
Brooksville, FL 34603
Peymon@FreedomLawSchool.org

*/s/ Amanda J. Cornwell*
AMANDA J. CORNWELL
Trial Attorney
U.S. Department of Justice