IN THE UNITED STATES DISTRIC COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v. Case No. 8:25-cv-1728 -JLB-NHA

PEYMON MOTTAHEDEH and
APRIL L. MOTTAHEDEH (a/k/a/
APRIL L. BEATTY),

Defendants.
_______________________________________/

**UNITED STATES' MOTION FOR RELIEF FROM THE SUMMARY JUDGMENT FILING LIMITATION**

The United States seeks relief from the limitation set forth in the Case Management and Scheduling Order that it can only file one summary judgment motion in this case. ECF 46 at 5. The United States requests to be excused from this requirement as it would like to file a motion for summary judgment early in the litigation to address the preclusive effect of prior litigation for the tax years at issue, *i.e.* 2001 through 2006, and retain the opportunity to file a motion for summary judgment on any remaining issues after discovery is conducted on the Defendants' counter-claims (ECF 43), in the event that this Court does not grant the United States' Motion to Dismiss

(ECF 52) in the interim. The Defendants stated they do not object to this motion.

The United States brought this suit to collect the Defendants' unpaid federal income tax liabilities for 2001 through 2006, which combined exceeds $350,000. ECF 1. After the IRS sent the Defendants' notices of deficiencies for these years, they promptly petitioned the Tax Court challenging the proposed assessments. *Peymon Mottahedeh and April Mottahedeh v. Commissioner,* T.C. Memo. 2014-258. After a trial was held, the Tax Court determined that the IRS correctly determined the Defendants income in the aggregate and that they were liable for the proposed penalties under 26 U.S.C. § 6651(a)(1) (for failure to timely file their returns), 26 U.S.C. § 6651(a)(2) (for failure to timely pay), and 26 U.S.C. § 6654 (for failure to pay the estimated tax). *Id.* The Defendants appealed the Tax Court's decision to the Ninth Circuit. *Mottahedeh v. Commissioner,* No. 19-71432, 2023 WL 3020500 (9th Cir. Apr. 20, 2023). The Ninth Circuit reviewed *de novo* the Tax Court's legal conclusion and for clear error for the factual determinations and ultimately affirmed the Tax Court's decision. *Id.* Following this affirmance, the IRS assessed the tax and penalties as determined by the Tax Court against the Defendants. ECF 1 at ¶¶ 27, 32.

The tax liabilities at issue in the Tax Court case, and subsequent Ninth Circuit appeal, are the same tax years before this Court. As such, the United States would like to file a motion for summary judgment on its monetary claims against the Defendants because the Defendants are precluded from challenging their liabilities for the years at issue. The motion will be supported solely by the pleadings in this case, the Tax Court case, and the appeal. Given that the support for this motion is based public filings and court orders, the United States believes that there will be no genuine dispute of a material fact, and it will demonstrate that it entitled to judgment as a matter of law for years at issue.

Should the Court grant the United States' motion for summary judgment, the parties will not spend time and resources re-litigating these liabilities. It will allow the focus to remain on counterclaims asserts by the Defendant—which have no bearing on the preclusive effect of res judicata—to the extent the Court does not grant the United States motion to dismiss. Narrowing discovery and the issues for trial also will conserve the Court's resources.

Should relief be granted, the United States anticipates filing the summary judgment motion regarding the tax years at issue within two weeks of the Court's order.

Dated: September 30, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

JOSHUA WU
Deputy Assistant Attorney General,
Tax Litigation Branch

*/s/ Amanda J. Cornwell*
AMANDA CORNWELL
Lead Counsel
MD Bar Member
Trial Attorney
Civil Division, Tax Litigation Branch
U.S. Department of Justice
Post Office Box 14198
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 514–8048
Facsimile: (202) 514–9868
Amanda.Cornwell@usdoj.gov

*Of Counsel:*
Gregory W. Kehoe
United States Attorney
Middle District of Florida

## CERTIFICATE OF COMPLIANCE

I certify that this motion was typed in 13-point Century Schoolbook font in compliance with this Court's local rules.

*/s/ Amanda J. Cornwelll*
AMANDA J. CORNWELLL
Trial Attorney
U.S. Department of Justice

## LOCAL RULE 3.01(g) CERTIFICATION

Counsel for the United States, the movant, in good faith conferred with the Defendants by phone and email, and the Defendants stated they do not oppose the relief sought.

*/s/ Amanda J. Cornwelll*
AMANDA J. CORNWELLL
Trial Attorney
U.S. Department of Justice

## CERTIFICATE OF SERVICE

I certify that I sent the above document to the Defendants by mail and email on September 30, 2026 to the following:

Peymon Mottahedeh
PO Box 10599
Brooksville, FL 34603
Peymon@FreedomLawSchool.org

April Mottahedeh
PO Box 10599
Brooksville, FL 34603
Peymon@FreedomLawSchool.org

*/s/ Amanda J. Cornwelll*
AMANDA J. CORNWELLL
Trial Attorney
U.S. Department of Justice