IN THE UNITED STATES DISTRIC COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

Case No. 8:25-cv-1728 -JLB-NHA

PEYMON MOTTAHEDEH and
APRIL L. MOTTAHEDEH (a/k/a/
APRIL L. BEATTY),

Defendants.
_______________________________________/

**DECLARATION OF ADVISORY REVENUE OFFICER JAMES J. DOANE, SR.**

I, James J. Doane, Sr., declare pursuant to 28 U.S.C. § 1746, that:

1. I am employed by the Internal Revenue Service as an Advisory Revenue Officer in Syracuse, NY. I have been employed with the IRS since 2006.

2. As an Advisory Revenue Officer, my duties include overseeing the collecting federal tax liabilities in assigned cases. I was assigned to oversee the collection the federal income tax liabilities of Peymon and April Mottahedeh for 2001 through 2006.

3. I am familiar with all applicable IRS procedures, including those set forth in the Internal Revenue Manual, and use them in the performance of my duties.

4. In the course of performing my duties as an Advisory Revenue Officer, I have access to certain computer records of the IRS. I have reviewed the IRS records regarding the federal income taxes assessed against the Mottahedehs for 2001 through 2006. The records are made at or near the time of an act by someone with knowledge of the act. The records are kept in the course of a regularly conducted activity of the IRS, and the making of these records is a regular practice. The IRS records reflect the facts set forth below.

5. Attached as ***Exhibit 2*** to the United States' motion for summary judgment are true and correct copies of IRS Forms 4340, *Certificate of Assessments, Payments, and Other Specified Matters*, which are certified records that reflect the federal income tax liabilities assessed against the Mottahedehs[1] for 2001 through 2006.

6. As the Forms 4340 show, a delegate of the Secretary of the Treasury assessed against Mr. and Mrs. Mottahedeh federal income taxes, interest, and penalties for 2001 through 2006 on the dates and in the amounts below following the Tax Court's decision. Ex. 2. Because the

[1] Mrs. Mottahedeh's former name was April Beatty.

the Mottahedehs did not post bond, the IRS was able to assess the amounts determined by the Tax Court while the appeal was docketed. 26 U.S.C. § 7485.

7. The following table shows the dates, types, and amounts of the assessments against Mr. Mottahedeh for the years at issue as of October 15, 2026:

| Tax Year | Initial Assessment | Type of Assessment | Amount | Balance Due |
|---|---|---|---|---|
| 2001 | 7/06/2015 | Tax Determined by Tax Court | $8,203.00 | $37,744.57 |
| | 7/06/2015 | Failure to File Penalty IRC § 6651(a)(1) | $1,845.68 | |
| | 7/06/2015 | Failure to Pay Penalty IRC § 6651(a)(2) | $2,050.75 | |
| | 7/06/2015 | Interest | $8,877.23 | |
| 2002 | 7/06/2015 | Tax Determined by Tax Court | $11,316.00 | $50,013.53 |
| | 7/06/2015 | Failure to File Penalty IRC § 6651(a)(1) | $2,546.10 | |
| | 7/06/2015 | Failure to Pre-Pay Penalty IRC § 6654 | $378.17 | |
| | 7/06/2015 | Failure to Pay Penalty IRC § 6651(a)(2) | $2,829.00 | |
| | 7/06/2015 | Interest | $10,796.57 | |
| 2003 | 7/06/2015 | Tax Determined by Tax Court | $12,811.00 | $54,237.04 |
| | 7/06/2015 | Failure to File Penalty IRC § 6651(a)(1) | $2,882.48 | |
| | 7/06/2015 | Failure to Pre-Pay Penalty IRC § 6654 | $330.53 | |
| | 7/06/2015 | Failure to Pay Penalty IRC § 6651(a)(2) | $3,202.75 | |
| | 7/06/2015 | Interest | $10,992.26 | |

| Tax Year | Initial Assessment | Type of Assessment | Amount | Balance Due |
|---|---|---|---|---|
| 2004 | 7/06/2015 | Tax Determined by Tax Court | $12,215.00 | $49,644.96 |
| | 7/06/2015 | Failure to File Penalty IRC § 6651(a)(1) | $2,748.38 | |
| | 7/06/2015 | Failure to Pre-Pay Penalty IRC § 6654 | $350.03 | |
| | 7/06/2015 | Failure to Pay Penalty IRC § 6651(a)(2) | $3,053.75 | |
| | 7/06/2015 | Interest | $9,293.33 | |
| 2005 | 7/06/2015 | Tax Determined by Tax Court | $10,102.00 | $38,985.73 |
| | 7/06/2015 | Failure to File Penalty IRC § 6651(a)(1) | $2,272.95 | |
| | 7/06/2015 | Failure to Pre-Pay Penalty IRC § 6654 | $405.18 | |
| | 7/06/2015 | Failure to Pay Penalty IRC § 6651(a)(2) | $2,525.50 | |
| | 7/06/2015 | Interest | $6,415.87 | |
| 2006 | 7/06/2015 | Tax Determined by Tax Court | $15,560.00 | $56,357.34 |
| | 7/06/2015 | Failure to File Penalty IRC § 6651(a)(1) | $3,501.00 | |
| | 7/06/2015 | Failure to Pre-Pay Penalty IRC § 6654 | $736.38 | |
| | 7/06/2015 | Failure to Pay Penalty IRC § 6651(a)(2) | $3,890.00 | |
| | 7/06/2015 | Interest | $7,712.98 | |
| | | | *Total*: | $286,983.17 |

8. The following table shows the dates, types, and amounts of the assessments against Mrs. Mottahedeh for the years at issue as of October 15, 2026:

| Tax Year | Initial Assessment | Type of Assessment | Amount | Balance Due |
|---|---|---|---|---|
| 2001 | 7/06/2015 | Tax Determined by Tax Court | $4,634.00 | $21,479.10 |
| | 7/06/2015 | Failure to File Penalty IRC § 6651(a)(1) | $1,042.65 | |
| | 7/06/2015 | Failure to Pay Penalty IRC § 6651(a)(2) | $1,158.50 | |
| | 7/06/2015 | Interest | $5,010.65 | |
| 2002 | 7/06/2015 | Tax Determined by Tax Court | $3,331.00 | $14,722.03 |
| | 7/06/2015 | Failure to File Penalty IRC § 6651(a)(1) | $749.48 | |
| | 7/06/2015 | Failure to Pre-Pay Penalty IRC § 6654 | $111. 29 | |
| | 7/06/2015 | Failure to Pay Penalty IRC § 6651(a)(2) | $832.75 | |
| | 7/06/2015 | Interest | $3,178.13 | |
| 2003 | 7/06/2015 | Tax Determined by Tax Court | $3,704.00 | $15,509.86 |
| | 7/06/2015 | Failure to File Penalty IRC § 6651(a)(1) | $833.40 | |
| | 7/06/2015 | Failure to Pay Penalty IRC § 6651(a)(2) | $926.00 | |
| | 7/06/2015 | Interest | $3,178.15 | |
| 2004 | 7/06/2015 | Tax Determined by Tax Court | $3,471.00 | $13,928.55 |
| | 7/06/2015 | Failure to File Penalty IRC § 6651(a)(1) | $780.98 | |
| | 7/06/2015 | Failure to Pay Penalty IRC § 6651(a)(2) | $867.75 | |
| | 7/06/2015 | Interest | $2,640.79 | |
| 2005 | 7/06/2015 | Tax Determined by Tax Court | $2,669.00 | $10,300.25 |
| | 7/06/2015 | Failure to File Penalty IRC § 6651(a)(1) | $600.53 | |
| | 7/06/2015 | Failure to Pre-Pay Penalty IRC § 6654(2) | $107.06 | |
| | 7/06/2015 | Failure to Pay Penalty | $667.25 | |

| Tax Year | Initial Assessment | Type of Assessment | Amount | Balance Due |
|---|---|---|---|---|
| | | IRC § 6651(a) | | |
| | 7/06/2015 | Interest | $1,695.10 | |
| 2006 | 7/06/2015 | Tax Determined by Tax Court | $4,901.00 | $17,751.18 |
| | 7/06/2015 | Failure to File Penalty IRC § 6651(a)(1) | $1,102.73 | |
| | 7/06/2015 | Failure to Pre-Pay Penalty IRC § 6654 | $231.96 | |
| | 7/06/2015 | Failure to Pay Penalty IRC § 6651(a)(2) | $1,225.25 | |
| | 7/06/2015 | Interest | $2,429.40 | |
| | | | *Total*: | $93,690.97 |

9. Through my training and experience, I am also familiar with the IRS's computer system for storing and tracking information about taxpayers' accounts. That computer system is called the Integrated Data Retrieval System (IDRS). As transactions (such as assessments or payments) occur on a taxpayer's account for a particular tax period, the transactions are electronically recorded in IDRS. The IDRS entries are made automatically in some cases. If they are made manually, IRS policy requires them to be made by, or at the direction of, a person who has personal knowledge of the transaction being recorded. IDRS records are created and maintained in the regular course of IRS business.

10. IDRS has different "modules," or computer commands, to perform different calculations and display return information as the IRS requires. I use IDRS for various functions almost every working day. Employees

throughout the IRS rely on IDRS as an authoritative record of taxpayers' accounts.

11. One module in the IDRS is produced using the module "INTSTD." The resulting output provides calculation of interest ("Total Interest") and delinquency penalty ("Total FTP") to any requested date.

12. After confirming the assessments described above, I used the command code "INTSTD" to compute Mr. and Mrs. Mottahedeh's unpaid balance of the assessments, plus accrued interest and penalties through October 15, 2025, for 2001 through 2006. Interest at the applicable quarterly rate is compounded daily in accordance with Sections 6621 and 6622 of the Internal Revenue Code.

13. A true and correct copy of the resulting INTSTD computations for Mr. Mottahedeh's unpaid federal income tax liabilities is attached to the United States' motion for summary judgment as ***Exhibit 3***.

14. As of October 15, 2025, Mr. Mottahedeh's total unpaid federal income tax liability for 2001 through 2006 is $286,983.17, plus penalties and interest that continue to accrue as provided by law. *See* Exhibits 2, 3.

15. A true and correct copy of the resulting INTSTD computations for Mrs. Mottahedeh's unpaid federal income tax liabilities is attached to the United States' motion for summary judgment as ***Exhibit 4***.

16. As of October 15, 2025, Mrs. Mottahedeh's total unpaid federal income tax liability for 2001 through 2006 is $93,690.97, plus penalties and interest that continue to accrue as provided by law. *See* Exhibits 2, 4.

17. For all exhibits mentioned in this declaration, Mr. and Mrs. Mottahedeh's Social Security numbers have been redacted to protect their privacy and comply with 26 U.S.C. § 6103.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 15, 2026

James J Doane Sr

James J. Doane, Sr.
Advisory Revenue Officer
Internal Revenue Service