IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v. Case No. 8:25-cv-01728-JLB-NHA

PEYMON MOTTAHEDEH and

APRIL L. MOTTAHEDEH,

Defendants.

**DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO UNITED STATES' MOTION FOR SUMMARY JUDGMENT (DOC. 64)**

Pursuant to Federal Rule of Civil Procedure 6(b)(1)(A) and Middle District of Florida Local Rule 3.01(b), Defendants Peymon Mottahedeh and April L. Mottahedeh ("Defendants"), proceeding *pro se*, respectfully move this Court for an unopposed seven-day extension of time, through and including **Friday, November 20, 2026**, to file their Opposition to the United States' Amended Motion for Summary Judgment (Doc. 64).

**I. PRECISE RELIEF REQUESTED**

Defendants request an Order extending their deadline to file and serve their Response in Opposition to the United States' Motion for Summary Judgment

(Doc. 64) by seven (7) days, from Friday, November 13, 2026, through and including **Friday, November 20, 2026**. Plaintiff does not oppose the relief requested.

## II. BASIS FOR REQUEST

1. On October 20, 2026, Plaintiff United States of America filed and served by U.S. Mail its Amended Motion for Summary Judgment (Doc. 64), accompanied by five exhibits totaling 148 pages (Docs. 64 through 64-5).

2. Under Local Rule 3.01(d), a party has twenty-one (21) days after service to respond to a motion for summary judgment. Because *pro se* Defendants are excluded from CM/ECF electronic service and Plaintiff served its Motion by mail on October 20, 2026 (Doc. 64 at 21), Federal Rule of Civil Procedure 6(d)—as confirmed in the Court's April 24, 2026 Endorsed Order (Doc. 35)—adds three (3) days to the twenty-one-day period, making Defendants' response currently due on **Friday, November 13, 2026**.

3. Defendants have worked diligently to analyze Plaintiff's 148-page summary judgment submission, verify all statutory and judicial authorities, compile supporting court records and declarations, and prepare a comprehensive response. Because Defendants are unrepresented paper filers who must coordinate original signatures from both Defendants and make a two- to four-hour round trip from Brooksville to physically deliver paper originals

to the Clerk's Office in Tampa before 4:00 p.m., Defendants require a brief seven-day extension to finalize, execute, and physically file their response.

4. This is Defendants' first request for an extension of time to respond to Doc. 64, and Plaintiff does not oppose this seven-day extension of time for Defendants to file their Opposition to the United States' Motion for Summary Judgment.

## III. MEMORANDUM OF LAW

Under Federal Rule of Civil Procedure 6(b)(1)(A), "[w]hen an act may or must be done within a specified time, the court may, for good cause, extend the time ... with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires."

Good cause supports this timely, unopposed request. Defendants submit this Motion prior to the expiration of their November 13, 2026 response deadline. Given the dispositive stakes of Plaintiff's Motion for Summary Judgment, the volume of the supporting exhibits, and the logistical demands of physical paper filing in Tampa for *pro se* litigants residing in Brooksville, a seven-day extension through November 20, 2026, is reasonable and necessary. This Motion is made in good faith, is not sought for purposes of delay, and will neither prejudice Plaintiff—which does not oppose the extension—nor disrupt the administration of justice.

WHEREFORE, Defendants Peymon Mottahedeh and April L. Mottahedeh respectfully request that the Court grant this Unopposed Motion and extend the deadline for Defendants to file their Response in Opposition to the United States' Motion for Summary Judgment (Doc. 64) by seven (7) days, through and including **Friday, November 20, 2026**.

**LOCAL RULE 3.01(g) CERTIFICATE**

Pursuant to Middle District of Florida Local Rule 3.01(g)(2), Defendants certify that on November 12, 2026, Defendant Peymon Mottahedeh conferred by telephone with Plaintiff's lead counsel, Trial Attorney Amanda J. Cornwell, regarding the relief requested in this Motion, and Ms. Cornwell stated that Plaintiff United States of America does not oppose the requested seven-day extension of time.

Respectfully submitted this 13th day of November, 2026.

**PEYMON MOTTAHEDEH**
Defendant, *Pro Se*
P.O. Box 10599
Brooksville, FL 34603
760-964-5519
Peymon@freedomlawschool.org

**APRIL L. MOTTAHEDEH**
Defendant, *Pro Se*
P.O. Box 10599
Brooksville, FL 34603
760-964-5519
Peymon@freedomlawschool.org

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 13th day of November, 2026, the original of the foregoing document was physically delivered to the Clerk of the Court for filing. I further certify that pursuant to Fed. R. Civ. P. 5(b)(2)(E) and the Middle District of Florida Administrative Procedures for Electronic Filing, upon the Clerk's docketing of this physical paper, the Court's CM/ECF system will automatically generate a Notice of Electronic Filing (NEF). Because Plaintiff's counsel is a registered CM/ECF user, this NEF constitutes valid electronic service upon Plaintiff at the following address:

Amanda J. Cornwell
Trial Attorney, Civil Division, Tax Litigation Branch
U.S. Department of Justice
Email: Amanda.Cornwell@usdoj.gov

**PEYMON MOTTAHEDEH**